**NOTE CHANGES MADE BY THE COURT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALYSSA ESQUIVEL**, an individual,<br><br>　　　　Plaintiff(s)<br><br>　　v.<br><br>**SAN GABRIEL UNIFIED SCHOOL DISTRICT**; **JAMES SYMONDS**, both in his personal capacity and in his official capacity as San Gabriel Unified School District Superintendent; **ROSS PERRY**, both in his personal capacity and in his official capacity as San Gabriel Unified School District Assistant Superintendent of Human Resources; **Muhammad Abdul-Qawi**, both in his personal capacity and in his official capacity as Del Mar High School Principal.<br><br>　　　　Defendant(s). | Case No.:  2:24-cv-06335-MCS-SK<br><br>**ORDER RE STIPULATION REGARDING FILING SECOND AMENDED COMPLAINT (ECF No. 28)** |

1

# ORDER

Pursuant to the parties' stipulation, Plaintiff Alyssa Esquivel may file and serve a Second Amended Complaint. **The Second Amended Complaint must be accompanied by a redline tracking changes to the pleading. (Initial Standing Order § 13, ECF No. 20.)** Defendants San Gabriel Unified School District's, James Symonds', Ross Perry's, and Muhammad Abdul-Qawi's responsive pleadings to the Second Amended Complaint shall be due pursuant to the Federal Rules of Civil Procedure.

Dated: November 14, 2024

Mark C. Scarsi
United States District Judge