**DENIED**
BY ORDER OF THE COURT
6/6/2025

*Mark C. Scarsi*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA ESQUIVEL, an individual, | Case No.: 2:24-cv-06335-MCS-SK |
| Plaintiff, | [PROPOSED] ORDER JOINT STIPULATION TO EXTEND DEADLINES |
| v. | |
| SAN GABRIEL UNIFIED SCHOOL DISTRICT; JAMES SYMONDS, both in his personal capacity and in his official capacity as San Gabriel Unified School District Superintendent; ROSS PERRY, both in his personal capacity and in his official capacity as San Gabriel Unified School District Assistant Superintendent of Human Resources; Muhammad Abdul-Qawi, both in his personal capacity and in his official capacity as Del Mar High School Principal. | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, and for good cause shown, the Court hereby modifies the Civil Trial Scheduling Order (Docket No. 42), as follows:

| Event | Date | New Date |
|---|---|---|
| Trial | 11/18/25 | 01/19/26 |
| Final Pretrial Conference | 11/03/25 | 01/02/26 |
| Non-Expert Discovery Cut-Off | 07/07/25 | 09/05/25 |
| Expert Disclosure (Initial) | 07/21/25 | 09/19/25 |
| Expert Disclosure (Rebuttal) | 08/04/25 | 10/03/25 |
| Expert Discovery Cut-Off | 08/11/25 | 10/10/25 |
| Last Date Hear Motion<br>Rule 56 Motion due 5 weeks before hearing<br>Opposition due 2 weeks after Motion is filed<br>Reply due 1 week after Opposition is file | 08/11/25 | 10/10/25 |
| Deadline Complete Settlement Conference | 08/25/25 | 10/24/25 |
| Trial Filings (First Round)<br>Motions In Limine<br>Memoranda of Contentions of Fact and Law [L.R. 164]<br>Witness Lists [L.R. 165]<br>Joint Exhibit List [L.R. 166.1]<br>Joint Status Report Regarding Settlement | 10/14/25 | 12/15/25 |
| Trial Filings (Second Round)<br>Oppositions to Motions In Limine<br>Joint Proposed Final Pretrial Conference Order [L.R. 167]<br>Joint/Agreed Proposed Jury Instructions (jury trial only)<br>Disputed Proposed Jury Instructions (jury trial only)<br>Joint Proposed Verdict Forms (jury trial only)<br>Joint Proposed Statement of the Case (jury trial only)<br>Proposed Additional Voir Dire Questions, if any (jury *trial only*) | 10/20/25 | 12/19/25 |

**IT IS SO ORDERED**.

DATED: _____

**DENIED**
BY ORDER OF THE COURT

_____
UNITED STATES DISTRICT JUDGE